UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUNLAP TOWING COMPANY,<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s). | CASE NO. C26-1431-KKE<br><br>ORDER GRANTING ABEYANCE REQUESTS |

This matter comes before the Court on Defendant-Counterclaimant United States of America's requests to hold in abeyance service of arrest warrants on two vessels—"Tug HERCULES (O.N. 509555)" and "Tug POLAR STORM (O.N. 633263)." Dkt. Nos. 29–30. On September 4, 2026, the United States filed applications to order the issuance of warrants for these vessels, as well as a third vessel, "Tug GENE DUNLAP (O.N. 540227)." Dkt. No 20 at 2, Dkt. No. 22 at 2, Dkt. No. 23 at 2. The United States also filed an accompanying request to hold in abeyance service of the warrant on only one of those vessels, Tug GENE DUNLAP (O.N. 540227). Dkt. No. 21. On September 9, 2026, the Court granted the three applications to issue arrest warrants and granted the request that the service of *in rem* process of arrest of Tug GENE DUNLAP (O.N. 540227) be held in abeyance. Dkt. No. 24. The arrest warrants for Tug HERCULES (O.N. 509555) and Tug POLAR STORM (O.N. 633263) were issued electronically on September 9, 2026. Dkt. Nos. 25–26. The United States now requests that the Court hold in

abeyance service of the arrest warrants for the latter two vessels. Dkt. Nos. 29–30. The Court GRANTS these requests and ORDERS that the service of *in rem* process of arrest of Tug HERCULES (O.N. 509555) and Tug POLAR STORM (O.N. 633263) be held in abeyance until further order of the Court (Dkt. Nos. 29–30).

Dated this 14th day of September, 2026.

Kymberly K. Evanson
United States District Judge