UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUNLAP TOWING COMPANY,<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s). | CASE NO. C26-1431-KKE<br><br>ORDER GRANTING STIPULATED MOTION AND EXTENDING TIME TO COMPLETE DISCOVERY |

Pursuant to the Parties' stipulation (Dkt. No. 32), and good cause appearing, the Court orders as follows:

1. The deadline for filing motions related to discovery is extended from November 25, 2026, to January 8, 2027.
2. The deadline for completing discovery is extended from December 28, 2026, to January 15, 2027. Depositions may be taken through January 15, 2027.
3. Written discovery served after December 15, 2026, and no later than December 31, 2026, shall be answered no later than January 15, 2027.
4. All other deadlines in the Court's Order Setting Bench Trial Date and Related Dates (Dkt. No. 19) remain unchanged.

Dated this 24th day of November, 2026.

Kymberly K. Evanson
United States District Judge